328

Submitted on record and briefs November 2, reversed and remanded
November 28, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RUSSELL ALLEN LOPER,
aka Russell Allen Simmons,
*Defendant-Appellant.*

Coos County Circuit Court
05CR0897; A130621

172 P3d 282

Peter Gartlan, Chief Defender, Legal Services Division,
and Susan F. Drake, Senior Deputy Public Defender, Office
of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams,
Solicitor General, and Anna M. Joyce, Assistant Attorney
General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong and
Rosenblum, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for possession of a controlled substance, *former* ORS 475.992 (2003), arguing that the trial court erred in denying his motion to suppress evidence. The evidence was discovered after defendant was detained for allegedly violating a condition of probation that he refrain from knowingly associating with persons who use or possess illegal controlled substances. The state concedes that the record contains no evidence showing that, at the time defendant was detained, the officers had reasonable grounds to believe that defendant was in violation of that condition of probation. On review of the record, we conclude that the state's concession is well-founded, and we accept it.

Reversed and remanded.